UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH N. YEPEZ,<br><br>　　　　Plaintiff,<br><br>　　vs<br><br>HEARTLAND LOGISTICS, INC.,<br><br>　　　　Defendant. | **NEW CASE NO. 1:09-cv-01833-GSA**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No. 1:09-cv-01833 AWI-GSA |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge GARY S. AUSTIN as Presiding Judge of the above entitled action. Plaintiff filed a consent on February 1, 2010 and Defendant filed a consent on February 1, 2010 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

1:09-cv-01833-GSA

IT IS SO ORDERED.

**Dated:　February 2, 2010**　　　　　　　　　／s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE