1   NEDA N. DAL CIELO, Bar No. 161982
    ndalcielo@littler.com
2   SUZANNE R. NESTOR, Bar No. 217984
    snestor@littler.com
3   LITTLER MENDELSON
    A Professional Corporation
4   50 West San Fernando Street
    15th Floor
5   San Jose, CA  95113.2303
    Telephone:    408.998.4150
6   Facsimile:    408.288.5686

7   Attorneys for Defendant
    HEARTLAND LOGISTICS, INC.

8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                         FRESNO DIVISION

12  REBEKAH N. YEPEZ,                    |   Case No.  1:09-CV-01833-AWI-GSA

13                 Plaintiff,            |   **STIPULATION AND ORDER
                                         |   CONTINUING CASE DEADLINES**
14       v.                             |
                                         |   Judge:  The Honorable Judge Gary S. Austin
15  HEARTLAND LOGISTICS, INC., et al.,   |   Courtroom 10, 6th Floor

16                 Defendants.

17

18       WHEREAS, the deadline for completing discovery in this matter is currently set for July 12,

19  2010;

20       WHEREAS, counsel for both parties agree that each side requires additional time to

21  complete necessary discovery in this action;

22       WHEREAS, counsel for both parties met and conferred regarding rescheduling of the

23  discovery deadline and additional deadlines affected by the continuance of the discovery deadline;

24  and

25       WHEREAS, counsel for both parties have agreed to continue certain deadlines, as follows:

26       • The Discovery Cut-Off  shall be continued to September 30, 2010;

27       • The Filing Deadline for Non-Dispositive Motions shall be continued to October

28         15, 2010;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

FIRMWIDE:95740000.1 047975.1052          STIPULATION AND [PROPOSED] ORDER CONT.
                                                        CASE DEADLINE
                                              (1:09-CV-01833-AWI-GSA)

1      • The Expert Disclosure Deadline shall be continued to November 1, 2010;

2      • The Supplement Expert Disclosure Deadline shall be continued to November 15,

3          2010; and

4      • The Expert Discovery Cut-Off shall be continued to December 15, 2010.

5          WHEREAS, the parties agree that judicial economy would be served by continuing these

6   deadlines; and

7          NOW THEREFORE, the parties hereby stipulate that the deadlines should be continued as

8   outlined above.

9

    Dated: June 22, 2010                    _____/s/ Neda N. Dal Cielo_____
10                                           NEDA N. DAL CIELO
                                             LITTLER MENDELSON, A Professional Corporation
11                                           Attorneys for Defendant
                                             HEARTLAND LOGISTICS
12

13

14  Dated: June 22, 2010                    _____/s/ Clinton P. Walker_____
                                             CLINTON P. WALKER
15                                           DAMRELL, NELSON, ET AL.
                                             Attorney for Plaintiff
16                                           REBEKAH N. YEPEZ

17      **The Court notes the dispositive motion filing deadline following the aforementioned
18  stipulation now falls very close to the expert discovery deadline.  The parties are advised that
    requests or stipulations to amend the Scheduling Order with regard to the dispositive motion
19  deadline or hearing, pretrial conference and/or trial date will be looked upon with disfavor.**

20  **IT IS SO ORDERED.**

21

22  Dated:  June 22, 2010                   _____/s/ Gary S. Austin_____
23                                           GARY S. AUSTIN
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

FIRMWIDE:95740000.1 047975.1052          2.          STIPULATION AND [PROPOSED] ORDER CONT.
                                                     CASE DEADLINE
                                                     (1:09-CV-01833-AWI-GSA)