Clinton P. Walker, SBN 151560
DAMRELL, NELSON, SCHRIMP,
 PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone: (209) 526-3500
Facsimile:  (209) 526-3534

Attorneys for Plaintiff
Rebekah N. Yepez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| REBEKAH N. YEPEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HEARTLAND LOGISTICS, INC., , et al.,<br><br>　　　　Defendants. | Case No. 1:09-CV-01833-AWI-GSA<br><br>**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY**<br><br><br>Trial: March 15, 2011<br>Dept: Courtroom 2, 8th Floor<br>Judge Gary S. Austin |

TO THE COURT AND ALL PARTIES TO THIS ACTION:

The parties stipulate to the following:

1. Pursuant to the Stipulation and Order Continuing Case Deadlines filed June 23, 2010 (document #17) the existing non-expert discovery cut off is September 30, 2010.

2. The trial is currently set for March 15, 2011.

3. The parties have been working diligently on discovery. To date, the parties have conducted several rounds of written discovery including requests for documents.

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*

1
**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY**

4.  Counsel have also been working together to schedule the depositions of several employees of defendant, as well as Plaintiff's deposition. Plaintiff's noticed the depositions of Sean Murphy and Gina Moller on May 21, 2010 for June 9, 2010. However, due to ongoing settlement negotiations, other discovery and pursuant to agreement of counsel, counsel have agreed to re-schedule those depositions for October 8, 2010 and October 12, 2010, respectively. Counsel also originally noticed and scheduled Plaintiff's deposition for September 30, 2010, but have agreed to reschedule that deposition for October 25, 2010, to allow the parties additional time to engage in settlement negotiations.

5.  An extension of non-expert discovery cutoff is necessary so that these depositions can be completed.

6.  As such, the parties require a 30-day extension on discovery to conduct the depositions.

7.  No other deadlines will be impacted or affected by this modification.

DATED:  September 28, 2010         DAMRELL, NELSON, SCHRIMP,
                                                       PALLIOS, PACHER & SILVA


                                              By      /s/ Clinton P. Walker
                                                       Clinton P. Walker
                                                       Attorneys for Plaintiff
                                                       REBEKAH N. YEPEZ


DATED:  September 28, 2010         LITTLER MENDELSON



                                              By      /s/ Suzanne R. Nestor
                                                       Suzanne R. Nestor
                                                       Attorneys for Defendant
                                                       HEARTLAND LOGISTICS, INC.

**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY**

ORDER

IT IS SO ORDERED THAT:

    Plaintiff may conduct the depositions of Sean Murphy and Gina Moller on October 8, 2010 and October 12, 2010, respectively. Defendant may conduct the deposition of Plaintiff on October 25, 2010.

IT IS SO ORDERED.

Dated: **September 30, 2010**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*

3

**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY**