Clinton P. Walker, SBN 151560
DAMRELL, NELSON, SCHRIMP,
 PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone:  (209) 526-3500
Facsimile:   (209) 526-3534

Attorneys for Plaintiff
Rebekah N. Yepez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| REBEKAH N. YEPEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>HEARTLAND LOGISTICS, INC., , et al.,<br><br>        Defendants. | Case No.  1:09-CV-01833-GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(2)**<br><br>Trial: March 15, 2011<br>Dept: Courtroom 2, 8th Floor<br>Judge Gary S. Austin |

Pursuant to the terms of a settlement agreement reached between the parties, and under the provisions of Fed. R. Civ. P. 41(a)(2), the parties hereby request that this action and every claim therein be dismissed with prejudice, each side to bear their own costs and attorney fees.

Dated:  December 30, 2010            DAMRELL, NELSON, SCHRIMP,
                                                              PALLIOS, PACHER & SILVA


                                                        By  /s/ Clinton P. Walker
                                                              Attorneys for Plaintiff
                                                              Rebekah N. Yepez


Dated:  December 30, 2010            LITTLER MENDELSON


                                                        By  /s/ Suzanne R. Nestor
                                                              Attorneys for Defendant
                                                              Heartland Logistics, Inc.

**ORDER**

This action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: __December 30, 2010__        __/s/ Gary S. Austin__
                                                  UNITED STATES MAGISTRATE JUDGE

Damrell
Nelson
Schrimp
Pallios
Pacher &

2
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**